UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**MELVIN WESLEY COOPER,**     *     **CASE NO: 20-10887-BPC**
                                              *
**DEBTOR.**     *     **CHAPTER 13**

## DEBTOR'S RESPONSE TO CREDITOR'S MOTION TO ALLOW CLAIM NUMBER 5 AND OBJECTION TO DISCHARGE

COMES NOW, the debtor, by and through the undersigned counsel, and request this Honorable Court deny the Motion to Allow Claim Number 5 and Objection to Discharge (doc #: 27) filed by Daniel P. and Eun S. Tubbs. In support thereof the debtor offers the following:

1. On July 2, 2020, Debtor filed for relief under Chapter 13 Bankruptcy.

2. On October 13, 2020, Creditor filed the Motion to Allow Claim Number 5 and Objection to Discharge (doc #: 27) and Proof of Claim #5-1.

3. The above-named creditor was properly served and advised of the claims bar date and failed to timely file a Proof of Claim.

4. Further, the creditor has failed to show any reason why this debt is non-dischargeable.

5. Therefore, the creditor's Motion to Allow Claim Number 5 and Objection to Discharge is due to be denied.

Wherefore, the debtor prays this Honorable Court denies the creditor's Motion to Allow Claim Number 5 and Objection to Discharge and for any further relief the debtors may be entitled.

RESPECTFULLY SUBMITTED this 27th day of October, 2020.

1

BROCK & STOUT

/s/ Hugh Smith
Hugh Smith {SMI385}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing Response to Creditor's Motion for Relief from Stay upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 27th day of October, 2020..

| | |
|---|---|
| Danielle Greco<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Sabrina L. McKinney<br>Chapter 13 Trustee<br>Mckinneys@ch13mdal.org |
| Daniel P. and Eun S. Tubbs<br>10768 Highway 87<br>Elba, AL 36323 | |

/s/ Hugh Smith
Hugh Smith {SMI385}
Attorney for Debtors